UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ALFONSO AMATO,

             Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
             Defendant.
--------------------------------------------------------X

Civil Action
1:25-cv-07098-EK

(Judge Komitee)

## STIPULATION AND ORDER REGARDING ATTORNEY FEES

The parties, through their attorneys, hereby stipulate that plaintiff is awarded:

1) $5,137.71 in attorney fees and expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and
2) $405.00 in court costs, which shall be paid from the Judgment Fund pursuant to 28 U.S.C. § 1920.

It is further agreed that payment of fees will be made directly to plaintiff's attorney if plaintiff has agreed to assign his rights to EAJA fees to her attorney, and provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

| | |
|---|---|
| */s/ Louis R. Burko* | JOSEPH NOCELLA, JR. |
| Severance, Burko, Spalter, | United States Attorney |
| Masone, & Laurette, P.C. | Eastern District of New York |
| 16 Court Street, Suite 2400 | 271 Cadman Plaza East, 7th Floor |
| Brooklyn, New York 11241 | Brooklyn, New York 11201 |
| 718-624-2300 | |
| Louis_Burko@sbscomplaw.com | *By: /s/ Michael L. Henry* |
| | Special Assistant United States Attorney |
| | Michael.L.Henry@ssa.gov |

**SO ORDERED:**

**/s/ Eric Komitee**

**HON. ERIC KOMITEE**
**UNITED STATES DISTRICT JUDGE**